UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> -vs- <br><br> PABLO ANTONIO NAVA ESPINOSA, <br> a/k/a Pablo Antonio Espinoza, <br><br> Defendant. | NO.   CR-12-2017-WFN-1 <br><br> ORDER DISMISSING INDICTMENT |

A sentencing hearing was held in CR-12-2015-WFN-1 on November 6, 2012. After the Defendant was sentenced, and in compliance with the parties' 11(c)(1)(C) Plea Agreement, the Government moved to dismiss Counts 1 through 3 in CR-12-2015-WFN-1 and to dismiss the Indictment in the instant case. The Court orally granted the motion.

This Order is entered to memorialize the ruling of the Court. Accordingly,

**IT IS ORDERED** that:

1. The Government's oral motion to dismiss the Indictment in this case is **GRANTED**.

2. The Indictment in this case is **DISMISSED WITHOUT PREJUDICE**.

3. All deadlines and hearings in this case are **VACATED**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 6th day of November, 2012.

                              s/ Wm. Fremming Nielsen
                              WM. FREMMING NIELSEN
11-06-12                      SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING INDICTMENT